918

Dorothy HAHN, As Guardian for the Estate and Person of Anthony Granata, An Incapacitated Person, Respondent

v.

ST. LUKE'S HOSPITAL, Petitioner.

Supreme Court of Pennsylvania.

Jan. 2, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of January, 2004, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question:

Whether eligibility and application for and receipt of third party disability or medical benefits is admissible at trial notwithstanding the collateral source rule when offered by the defendant not as an offset to reduce the damages caused by the negligent act but as evidence that the plaintiff's damages were in fact caused, in whole or in part, by a prior condition unrelated to the negligent act.